IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT KETCHIKAN

VALERIE J. COOPER,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
SAFEWAY INC.,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　)　 Case No. 1KE-12-33 CI
_____)

FILED in the Trial Courts
State of Alaska First District
at Ketchikan
JAN 1 3 2012
Clerk of the Trial Courts
By _____ Deputy

**COMPLAINT FOR PERSONAL INJURY**

Comes now the Plaintiff, by and through her attorney Michael P. Heiser, and for a cause of action against Defendant, alleges:

[1] The Plaintiff was at all times relevant herein a resident of Ketchikan, Alaska.

[2] The Defendant owns and controls the Safeway store in Ketchikan, Alaska.

[3] This court has personal and subject matter jurisdiction in this matter.

[4] On or about February 13, 2010, while Plaintiff was shopping at the Ketchikan Safeway store in Ketchikan, Alaska, and squatting and looking at different kinds of teas displayed on a lower shelf, an employee of Defendant, working within the scope of her employment, pushed a cart of flowers down the same aisle, ramming Plaintiff and knocking her down to the floor. Plaintiff landed on the right side and back of her body and screamed from the shock of what happened. Plaintiff could not have avoided this accident through the exercise of reasonable care.

Attorney at Law
300 Mill Street, Suite 20
Ketchikan, AK 99901
907/225-1910

COMPLAINT - 1

Exhibit 1
Pg. 1 of 3

[5] Defendant had a duty to make the store aisles safe for shopping patrons and to ensure that merchandise be moved by employees in a safe and non-negligent manner.

[6] Defendant breached its duty to Plaintiff when an employee moved a cart of merchandise in a negligent, careless and reckless manner by failing to maintain a proper lookout, by failing to move the cart of merchandise at a speed and manner appropriate to the store conditions taking reasonable care to ensure no store patrons were in the aisle, and in failing to avoid an accident.

[7] Defendant was negligent, careless and reckless in its operation of the Ketchikan Safeway Store as employer of the employee, through the doctrine of respondeat superior and other applicable legal doctrines.

[8] The accident described above was caused solely, directly, and proximately by the negligence, carelessness, and recklessness of Defendant, its agents, servants, and employees in managing, controlling, and operating the store.

[9] As a result of the Defendant's negligence, Plaintiff has sustained serious injuries and damages, resulting in past, present and future pain and suffering, loss of enjoyment of life, emotional distress, inconvenience, medical expenses, lost income, and other losses associated with such injuries; all in an amount in excess of the jurisdictional minimum of this court, and to be proven with certainty at the time of trial.

WHEREFORE, Plaintiff prays for a judgment against Defendant for relief as follows:

1. For past and future medical expenses.

2. For past and future pain and suffering, emotional distress, loss of enjoyment of life, physical impairment and inconvenience.

3. For past and future lost income.

4. For prejudgment interest.

5. For Plaintiff's costs and attorney's fees incurred in prosecuting this action.

6. For such other relief as the court deems just and equitable.

DATED this 13th day of January, 2012.

*/s/ Michael P. Heiser*
Michael P. Heiser
AK Bar #8505038
Attorney for Plaintiff

Michael P. Heiser
Attorney at Law
300 Mill Street, Suite 20
Ketchikan, AK 99901
907/225-1910